✓ FILED ___ ENTERED
____ LOGGED _____ RECEIVED

3:08 pm, Jul 06 2026
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ M.D. _____ Deputy

## OFFICE OF THE FEDERAL PUBLIC DEFENDER
## DISTRICT OF MARYLAND
NORTHERN DIVISION
TOWER II, 9th FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 207-4219
FAX: (410) 962-3976

JAMES WYDA
FEDERAL PUBLIC DEFENDER

CARRIE HOWIE CORCORAN
ASSISTANT FEDERAL PUBLIC DEFENDER

July 6, 2026

The Honorable Timothy J. Sullivan
Chief United States Magistrate Judge
United States District Court
6500 Cherrywood Lane
Greenbelt, MD 20770

Re:    Eric Porter, Reg. No. 05689-000
       Federal Parole Early Termination Hearing

Dear Judge Sullivan:

Eric Porter requests that the Court review the enclosed financial affidavit and appoint counsel for an upcoming federal parole early termination hearing. Mr. Porter lives and is supervised in Maryland, and as a result, this Court has jurisdiction to appoint counsel as authorized under 28 CFR §2.95.

If you require further information, please don't hesitate to contact me.

Sincerely,

Carrie Howie Corcoran
Assistant Federal Public Defender

Enclosure